IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **PAMELA ANNETTE BOWMAN** | * | |
| Plaintiff, | * | Civil Action No.:_____ |
| v. | * | Removed from the District Court of Maryland for Prince George's County |
| **JPMORGAN CHASE BANK, N.A**. | * | Case No. 050200238882020 |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**JPMORGAN CHASE BANK, N.A.'S
DISCLOSURE OF CORPORATE INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 103.3, Defendant JPMorgan Chase Bank, N.A. ("Chase"), hereby discloses the following: Chase is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment advisor which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

[SIGNATURES ON FOLLOWING PAGE]

Date: October 13, 2021                    Respectfully submitted,

                                                    /s/
                                    E. Hutchinson Robbins, Jr. (Fed. Bar No. 11927)
                                    Ariana K. DeJan-Lenoir (Fed. Bar No. 20522)
                                    MILES & STOCKBRIDGE P.C.
                                    100 Light Street
                                    Baltimore, Maryland 21202
                                    P: (410) 385-3408
                                    F: (410) 385-3700
                                    erobbins@milesstockbridge.com
                                    adejanlenoir@milesstockbridge.com

                                    *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of October 2021, a copy of the foregoing JPMorgan Chase Bank, N.A.'s Disclosure of Corporate Interest was served via first-class mail, postage prepaid to:

Pamela Annette Bowman
12310 Kemmerton Lane
Bowie, MD 20715

*Plaintiff, pro se*

                                                 /s/
                                    Ariana K. DeJan-Lenoir