IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **PAMELA ANNETTE BOWMAN** | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 21-cv-02623-DKC |
| **JPMORGAN CHASE BANK, N.A**. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION OF E. HUTCHINSON ROBBINS, JR., ESQ. FOR LEAVE TO WITHDRAW AS COUNSEL

E. Hutchinson Robbins, Jr., Esq. hereby moves pursuant to Local Rule 101.2(b) for leave to withdraw as counsel for Defendant JPMorgan Chase Bank, N.A., in the above-captioned matter. Defendant will continue to be represented in this matter by Ariana K. DeJan-Lenoir and the law firm of Miles & Stockbridge, P.C.

/s/ E. Hutchinson Robbins, Jr.
E. Hutchinson Robbins, Jr. (Fed. Bar No. 11927)
Ariana K. DeJan-Lenoir (Fed. Bar No. 20522)
MILES & STOCKBRIDGE P.C.
100 Light Street
Baltimore, Maryland 21202
P: (410) 385-3408
F: (410) 385-3700
erobbins@milesstockbridge.com
adejanlenoir@milesstockbridge.com

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 24, 2022, a copy of the foregoing was served on all counsel of record via CM/ECF and first-class mail to:

Pamela Annette Bowman
12310 Kemmerton Lane
Bowie, MD 20715

*Plaintiff, pro se*

/s/ E. Hutchinson Robbins, Jr.
E. Hutchinson Robbins, Jr.